NOT FOR PUBLICATION

FILED

MAY 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PATRICK ALLEN, in his official capacity as DIRECTOR OF OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

　　　　　Plaintiff-Appellant,

　v.

FAMILYCARE, INC., an Oregon non-profit corporation,

　　　　　Defendant-Appellee.

No.　18-35593

D.C. No. 3:18-cv-00212-MO

ORDER AMENDING MEMORANDUM DISPOSITION

FAMILYCARE, INC., an Oregon non-profit corporation,

　　　　　Plaintiff-Appellant,

　v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon; PATRICK ALLEN, in his official capacity as Director of Oregon Health Authority,

　　　　　Defendants-Appellees,

　and

No.　19-35103

D.C. No. 6:18-cv-00296-MO

LYNNE SAXTON,

        Defendant.

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff-Appellee,

v.

PATRICK ALLEN, in his individual capacity,

        Defendant-Appellant,

 and

OREGON HEALTH AUTHORITY, an agency of the State of Oregon; LYNNE SAXTON,

        Defendants.

No.    18-35891

D.C. No. 6:18-cv-00296-MO

FAMILYCARE, INC., an Oregon non-profit corporation,

        Plaintiff-Appellee,

v.

LYNNE SAXTON,

        Defendant-Appellant,

No.    18-36009

D.C. No. 6:18-cv-00296-MO

2

and

PATRICK ALLEN, in his individual capacity; OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

    Defendants.

FAMILYCARE, INC., an Oregon non-profit corporation,

    Plaintiff-Appellant,

 v.

LYNNE SAXTON,

    Defendant-Appellee,

 and

PATRICK ALLEN, in his individual capacity; OREGON HEALTH AUTHORITY, an agency of the State of Oregon,

    Defendants.

No. 18-36048

D.C. No. 6:18-cv-00296-MO

3

Before:  WOLLMAN,[*] FERNANDEZ, and PAEZ, Circuit Judges.

The memorandum disposition filed herein on April 30, 2020, is amended as follows:

The penultimate sentence on page thirteen of the memorandum disposition is hereby revoked, and the following is substituted in its place:

**AFFIRMED in part and VACATED in part in No. 19-35103; AFFIRMED in Nos. 18-35593 and 18-36009; REVERSED in Nos. 18-35891 and 18-36048.**

---

[*] The Honorable Roger L. Wollman, United States Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.